IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JERRY LEE NICHOLS,

       Petitioner,

vs.                                     CASE NO. 5:06cv58/RS

JAMES R. McDONOUGH,

       Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 16). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondents' Motion To Dismiss As Untimely (Doc. 14) is **denied**.

3. This case is remanded to the Magistrate Judge for further proceedings.

ORDERED on February 16, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**