IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JERRY LEE NICHOLS,

       Petitioner,

vs.                                                                              CASE NO. 5:06cv58/RS

WALTER A. MCNEIL,

       Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 35) and Petitioner's Objections To Magistrate's Report and Recommendation (Doc. 39). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2254 Petition for Writ of Habeas Corpus is denied with prejudice.

3. The clerk is directed to close the file.

**ORDERED** on May 20, 2008.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**