IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JERRY LEE NICHOLS,

    Petitioner,

vs.                             CASE NO. 5:06cv58/RS-WCS

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

**IT IS ORDERED** that Petitioner shall file a memorandum addressing whether a certificate of appealability should issue not later than December 6, 2010. Respondent shall file a memorandum addressing whether a certificate of appealability should not be issued not later than December 20, 2010.

**ORDERED** on November 16, 2010.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**