IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JERRY LEE NICHOLS,

    Petitioner,

vs.                                     CASE NO. 5:06cv58/RS-WCS

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER

Petitioner's Motion For Certificate Of Appealability (Doc. 110) is denied because Petitioner has not made a substantial showing of a denial of a constitutional right.

**ORDERED** on December 21, 2010.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**